**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Jose Chavarria FLORES, a.k.a.**
**David Jose Chavarria, a.k.a. Jose Cha-**
**varria Flores, a.k.a. Jose Chavarria,**
**a.k.a. David Jose Flores, a.k.a. Jefe,**
**Defendant–Appellant.**

No. 12–50139.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Curtis A. Kin, Esquire, Assistant U.S. Attorney, James Michael Left, Special Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

David Jose Chavarria Flores appeals from the district court's judgment and challenges the 30–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Chavarria Flores contends that the district court erred in assigning two criminal history points under U.S.S.G. § 4A1.1(d) for committing the instant offense while under a criminal justice sentence. Chavarria Flores's contention is foreclosed by *United States v. Reyes–Ceja,* 712 F.3d 1284, 1287–90 (9th Cir.2013).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

